UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 2:18-cv-11015 |
| Plaintiff, | ) ) | Hon. Paul D. Borman |
| | ) | Mag. Stephanie Davis Dawkins |
| v. | ) ) | |
| WATERFORD SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| Kenneth L. Bird<br>Omar Weaver (P58861)<br>Nedra Campbell (P58768)<br>Equal Employment Opportunity Commission<br>865 Patrick V. McNamara Building<br>477 Michigan Ave., Rm. 865<br>Detroit, MI 48226<br>(313) 226-3410<br>nedra.campbell@eeoc.gov | Michael D. Weaver (P43985)<br>Plunkett Cooney<br>Counsel for Defendant<br>38505 Woodward Avenue, Ste. 100<br>Bloomfield Hills, MI 48034<br>(248) 901-4025<br>mweaver@plunkettcooney.com |

_____/

## CONSENT DECREE

The Equal Employment Opportunity Commission (the "Commission") commenced this action against the Waterford School District ("Defendant") under the Age Discrimination in Employment Act

of 1967, as amended, 29 U.S.C. § 621 *et. seq.* (the "ADEA"). The Commission's complaint alleges that Defendant violated the ADEA by retaliating against Michael Erskine for complaining about age discrimination. The Commission and Defendant agree that this action should be resolved by entry of this Consent Decree.

This Consent Decree shall be a final and binding settlement in full disposition of all claims raised in the complaint filed by the Commission in Case No. 2:18-cv-11015. It is therefore the finding of this Court, made on the pleadings and record as a whole, that: 1) the Court has jurisdiction over the parties and subject of this action; 2) the purpose and provisions of the ADEA will be promoted and effectuated by entry of this Consent Decree; 3) the parties acknowledge that the entry of this Consent Decree does not constitute an admission of liability; and 4) this Consent Decree resolves all issues raised by the Commission's complaint in this case as provided below. It is hereby ORDERED, ADJUDGED AND DECREED:

## MONETARY RELIEF

1. Within thirty days from entry of this Consent Decree,

Defendant shall pay Michael Erskine the total of $107,000 in settlement of his claims for back pay, liquidated damages, and attorneys' fees. A copy of the payment shall be mailed to Kenneth L. Bird, c/o Nedra Campbell, Trial Attorney, EEOC, 477 Michigan Avenue, Room 865, Detroit, Michigan 48226 and shall also be sent via email to monitoring-eeoc-indo@eeoc.gov.

## NON-DISCRIMINATION AND RETALIATION

2.     Defendant and its officers, agents, employees, and successors are enjoined from failing to reinstate a teacher because the teacher complained about age discrimination.

3.     Defendant and its officers, agents, employees, and successors are enjoined from retaliating against any employee because s/he: (i) opposes discriminatory practices made unlawful by the ADEA; (ii) files a charge of discrimination or assists or participates in the filing of such a charge; or (iii) assists or participates in an investigation or proceeding brought under the federal laws prohibiting discrimination or retaliation.

## **TRAINING**

4. Within ninety (90) days after the Consent Decree has been entered by the Court, Defendant shall provide mandatory training to all of its superintendents, assistant superintendents, human resources personnel, principals and assistant principals. This training will focus on the requirements of the Age Discrimination in Employment Act (ADEA). It shall be provided on an annual basis for the duration of this Consent Decree. In addition, as it relates to the employees noted in this paragraph, this training shall be provided to each of its new superintendents, assistant superintendents, human resources personnel, principals and assistant principals hired within thirty (30) days of being hired.

5. The training will include information regarding the ADEA and its anti-retaliation provisions, including Defendant's duty to ensure it does not take any adverse employment action against an employee who has complained about age discrimination.

6. At least ten days prior to the training, Defendant shall provide the Commission with information regarding its proposed

training for its approval. This information shall be provided to Kenneth L. Bird, Regional Attorney, c/o Nedra Campbell, Trial Attorney, EEOC, 477 Michigan Avenue, Room 865, Detroit, Michigan 48226 via regular mail and shall also be sent via email to monitoring-eeoc-indo@eeoc.gov. Within 30 days after each mandatory training program, Defendant will provide the Commission at this same address written certification that all of its superintendents, assistant superintendents, human resources personnel, principals and assistant principals, have been trained.

## NOTICE POSTING

7.     Defendant shall post the Notice attached as Attachment A in a conspicuous place where employees' notices are posted within 30 days after entry of this Consent Decree. This Notice shall be posted throughout the term of this Consent Decree. Written confirmation that the Notice has been posted shall be mailed to Kenneth L. Bird, c/o Nedra Campbell, Trial Attorney, EEOC, 477 Michigan Avenue, Room 865, Detroit, Michigan 48226 and shall also be sent via email to monitoring-eeoc-indo@eeoc.gov. Should the notice become defaced, marred or otherwise made unreadable, Defendant will post a readable

copy of the Notice in the same conspicuous place as soon as practicable.

## REPORTING

8. Defendant shall provide written verification within thirty (30) days of entry of the Consent Decree that it has posted the notice attached as Attachment A as required in paragraph 7 above.

9. For the duration of this Consent Decree, Defendant shall maintain a record of each employee who has made either a formal or informal complaint of age discrimination. The record shall include each employee's name, position or title, address, telephone number, and last performance score and rating if applicable. For each complaint, the record shall also indicate actions taken by Defendant to address the complaint, if any.

## DISPUTE RESOLUTION AND COMPLIANCE

10. The Court shall retain jurisdiction and will have all available equitable powers, including injunctive relief, to enforce this Consent Decree. Upon motion of the Commission, the Court may schedule a hearing for the purpose of considering allegations of non-compliance with this Consent Decree. The parties shall engage in a

good-faith effort to resolve any dispute as to compliance prior to seeking review by the Court.

11. The Commission may review compliance with this Decree upon written requests, at a mutually convenient time and at the central office of Waterford School District. Waterford School District may be represented by counsel at any such review. As part of such review, the Commission may interview Defendant's employees noted in paragraph 4, and examine and copy Defendant's documents which are pertinent to the Commission's allegations of non-compliance.

12. In the event the Court finds that Defendant has not complied with any provision of this Decree, and the Commission petitions the Court to order Defendant to comply, the Court may award the Commission a penalty of up to $50 per day until Defendant is in compliance with the Decree again. The Court may enter an Order requiring the payment of this daily $50 penalty. In addition the Court may award the attorney's fees and costs incurred by the prevailing party in such action to enforce the Decree.

13. In the event the Court determines that Defendant has not

complied, in addition to the penalty amount set forth above, the Court may order appropriate relief including an extension of the Decree for the time necessary to remedy non-compliance, an award of attorney's fees and costs, and an award of fines for contempt of court.

## DURATION

14. This Consent Decree shall expire within 2-1/2 years without further action by the Parties.

## MISCELLANEOUS

15. Except as otherwise provided in paragraphs 12 and 13, each party shall bear its costs and attorney's fees incurred as a result of this action through the filing of this Consent Decree.

16. If any provision of this Consent Decree is found to be unenforceable by a Court, only the specific provision in question shall be affected and the other enforceable provisions shall remain in full force.

17. The terms of this Consent Decree are and shall be binding upon the present and future officers, directors, employees, creditors, agents, trustees, administrators, successors, representatives, and assigns of Defendant and the Commission.

18. Any modifications to this Consent Decree must be approved by the Court.

19. The Court shall retain jurisdiction of this case through the term of the Consent Decree.

**EQUAL EMPLOYMENT**  **WATERFORD SCHOOL**
**OPPORTUNITY COMMISSION**  **DISTRICT**

**/s/ Nedra Campbell**  **/s/ Michael D. Weaver**
Nedra Campbell (P58768)  Michael D. Weaver (P43985)
Equal Employment  Plunkett Cooney
Opportunity Commission  Counsel for Defendant
865 Patrick V. McNamara Building  38505 Woodward Ave., Ste. 100
477 Michigan Ave., Rm. 865  Bloomfield Hills, MI 48034
Detroit, MI 48226  (248) 901-4025
(313) 226-3410  mweaver@plunkettcooney.com
nedra.campbell@eeoc.gov  Date: 09/16/2019
Date: 09/16/2019

**IT IS SO ORDERED**:

s/Paul D. Borman
Date: September 18, 2019  Hon. Paul D. Borman
United States District Judge

ATTACHMENT A

## NOTICE TO ALL EMPLOYEES

The following notice is being posted pursuant to the terms of a Consent Decree reached between the parties in EEOC v. Waterford School District filed in the United States District Court for the Eastern District of Michigan, Civil Action No. 2:18-cv-11015.

Pursuant to the Age Discrimination in Employment Act it is unlawful for an employer to discriminate against an employee in connection with recall, reinstatement, job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment because the employee is age forty or older.

Under the Age Discrimination in Employment Act, it is unlawful for an employer to discharge or fail to reinstate an employee because of age or to retaliate against an employee who has complained about age discrimination.

Any individual who believes that s/he has not been reinstated or has been fired because of age should contact the EEOC. In addition, any employee who believes that s/he has suffered discrimination on the basis of race, color, religion, sex, pregnancy, national origin, age, disability, or genetic information, or has been retaliated against because s/he has engaged in activity protected by these laws has the right to contact the EEOC directly at 1-800-669-4000. In compliance with federal law, Waterford School District will not retaliate against an employee who makes an internal complaint of discrimination or who contacts the EEOC or its state counterpart, the Michigan Department of Civil Rights.

WATERFORD SCHOOL DISTRICT

By:_____ Date _____

**This Notice shall remain posted for the term of two and a half years, until March 12, 2022.**